**SAO**
**JOSHUA P. BERRETT, ESQ.**
Nevada Bar No. 12697
**DAVID FINEGOLD, ESQ.**
Nevada Bar No. 15220
**BIGHORN LAW**
3675 W. Cheyenne Ave. Ste. 100
North Las Vegas, Nevada 89032
Phone: (702) 333-1111
Josh@bighornlaw.com
David@bighornlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WENDA SHIRELLE ANDERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DWANE LYNDON CASEY, individually, EAN HOLDINGS, LLC a foreign limited-liability company dba ENTERPRISE RENT A CAR, a foreign limited-liability company; ENTERPRISE LEASING COMPANY-WEST, LLC, a foreign limited-liability company; DOE OWNERS I-V, DOE DRIVERS I-V, ROE EMPLOYERS I-X, and ROE COMPANIES I-X, jointly and severally,<br><br>Defendants. | CASE NO. 2:24-cv-01964-RFB-MDC<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS ENTERPRISE RENT A CAR and ENTERPRISE LEASING COMPANY-WEST LLC WITHOUT PREJUDICE** |

It is hereby STIPULATED and agreed by and between Plaintiff WENDA SHIRELLE ANDERSON, through counsel of record, Joshua P. Berrett, Esq., and David Finegold, Esq., of Bighorn Law and Defendants DWANE LYNDON CASEY, by and through counsel Jorge A. Ramirez, Esq., and Tania G. Bonilla, Esq., of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP; that ONLY the following named Defendants in the above-entitled action will be dismissed WITHOUT prejudice and

will bear their own attorneys' fees and costs: ENTERPRISE RENT A CAR and ENTERPRISE LEASING COMPANY-WEST LLC.

The caption will reflect only the remaining parties hereafter.

### ORDER

IT IS SO ORDERED:

**DATED:** October 28, 2024



_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| DATED this 28th day of October, 2024 | DATED this 28th day of October, 2024 |
| **BIGHORN LAW** | **WILSON ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| By: /s/ *David Finegold, Esq.*<br>JOSHUA P. BERRETT, ESQ.<br>Nevada Bar No. 12697<br>DAVID FINEGOLD, ESQ.<br>Nevada Bar No. 15220<br>3675 W. Cheyenne Ave., Suite 100<br>North Las Vegas, Nevada 89032<br>*Attorneys for Plaintiff* | By: /s/ *Jorge A. Ramirez, Esq.*<br>JORGE A. RAMIREZ, ESQ.<br>Nevada Bar No. 6787<br>TANIA G. BONILLA, ESQ.<br>Nevada Bar No. 15703<br>6689 Las Vegas Boulevard South, Suite 200<br>Las Vegas, NV 89119<br>*Attorneys for Dwane Lyndon Casey* |



Kris S. Pace <kris@bighornlaw.com>

## Anderson v Casey SAO to Dismiss Enterprise Defendants
2 messages

**Kris S. Pace** <kris@bighornlaw.com>  Thu, Oct 24, 2024 at 4:09 PM
To: "Ramirez, Jorge" <Jorge.Ramirez@wilsonelser.com>, "Bonilla, Tania G." <Tania.Bonilla@wilsonelser.com>
Cc: "David Finegold, Esq." <david@bighornlaw.com>
Bcc: WendaAndersonZ10804888@bighornlaw.filevineapp.com

Mr. Ramirez,
Attached please find a stipulation and order to dismiss Enterprise Defendants in the above case. Please advise if I may affix your digital signature for submission to the Court.
Thank you,
--Kris

--

 

**Kris S. Pace**
Litigation Manager

Tel:   (702) 333-1111 Ext. 151
Fax:   (702) 710-0999
Email: kris@bighornlaw.com
Web:   bighornlaw.com

 

This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Bighorn Law, and is not to be considered legal advice.

---

 **Stipulation and Order to Dismiss Enterprise WITHOUT Prejudice - Anderson v Casey.pdf**
132K

---

**Ramirez, Jorge** <Jorge.Ramirez@wilsonelser.com>  Thu, Oct 24, 2024 at 6:04 PM
To: "Kris S. Pace" <kris@bighornlaw.com>, "Bonilla, Tania G." <Tania.Bonilla@wilsonelser.com>
Cc: "David Finegold, Esq." <david@bighornlaw.com>

Hi Kris,

Thank you once again for preparing this stipulation.  You may use my electronic signature for submission to the court.

Regards,

Case 2:24-cv-01964-RFB-MDC    Document 6    Filed 10/28/24    Page 4 of 4

Jorge

Jorge A. Ramirez
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
702.727.1270 (Direct)
702.354.6005 (Cell)
702.727.1400 (Main)
702.727.1401 (Fax)
jorge.ramirez@wilsonelser.com

**From:** Kris S. Pace <kris@bighornlaw.com>
**Sent:** Thursday, October 24, 2024 3:09 PM
**To:** Ramirez, Jorge <Jorge.Ramirez@wilsonelser.com>; Bonilla, Tania G. <Tania.Bonilla@wilsonelser.com>
**Cc:** David Finegold, Esq. <david@bighornlaw.com>
**Subject:** Anderson v Casey SAO to Dismiss Enterprise Defendants

**EXTERNAL EMAIL** This email originated from outside the organization.

[Quoted text hidden]

```
IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.
```