1  **JORGE A. RAMIREZ, ESQ.**
   Nevada Bar No. 6787
2  E-mail: Jorge.Ramirez@wilsonelser.com
   **TANIA G. BONILLA, ESQ.**
3  Nevada Bar No. 15703
   E-mail: Tania.Bonilla@wilsonelser.com
4  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
   6689 Las Vegas Boulevard South, Suite 200
5  Las Vegas, NV 89119
   Tel: 702.727.1400/Fax: 702.727.1401
6  *Attorneys for Defendant Dwane Lyndon Casey*

7

8                    **UNITED STATES DISTRICT COURT**

9                           **DISTRICT OF NEVADA**

10

11  WENDA SHERELLE ANDERSON,               Case No. 2:24-cv-01964-RFB -MDC

12              Plaintiffs,

13        vs.                              **STIPULATION AND ORDER FOR
                                            DISMISSAL WITH PREJUDICE**
14  DWANE LYNDON CASEY, individually;
    EAN HOLDINGS, LLC a foreign limited
15  liability company dba ENTERPRISE RENT A
    CAR; ENTERPRISE LEASING COMPANY-
16  WEST LLC a foreign limited-liability
    company; DOE OWNERS I-V, DOE
17  DRIVERS I-V, ROE EMPLOYERS I-X, and
    ROE COMPANIES I-X, jointly and severally.
18
                Defendants..
19

20

21        Plaintiff WENDA SHERELLE ANDERSON by and through her counsel of record, Joshua P.

22  Berrett, Esq. and David Finegold, Esq. of Bighorn Law and DWANE LYNDON CASEY, EAN

23  HOLDINGS, LLC a foreign limited liability company dba ENTERPRISE RENT A CAR; and

24  ENTERPRISE LEASING COMPANY-WEST LLC by and through their counsel of record, Jorge A.

25  Ramirez, Esq. and Tania G. Bonilla, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP

26  hereby submit the following Stipulation and Order for Dismissal with Prejudice.

27

28

292892897v.1

*Case No. 2:24-cv-01964-RFB -MDC*
*Anderson v. Casey, et. al.*

The undersigned parties of record stipulate to dismiss Plaintiff's entire complaint, against all parties, and all pending causes of action with prejudice; each party to bear their own fees and costs.

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED: |
| Dated this 9th day of June, 2025. | Dated this 11th day of June, 2025. |
| **BIGHORN LAW** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| */s/ David Finegold* | */s/ Jorge Ramirez* |
| Joshua P. Berrett, Esq.<br>David Finegold, Esq.<br>Bighorn Law<br>3675 W. Cheyenne Avenue, Suite 100<br>North Las Vegas, Nevada 89032 | Jorge A. Ramirez, Esq.<br>Nevada Bar No. 6787<br>Tania G. Bonilla, Esq.<br>Nevada Bar No. 015703<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, NV 89119<br>*Attorneys for Defendant Dwayne Lyndon Casey* |

**IT IS SO ORDERED**.

DATED this 12th day of June, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**